UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                 CASE NO.  3:03cr30LAC

CALISTE ISIDORE HENRY

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   July 18, 2006
Motion/Pleadings   MOTION TO SERVE FEDERAL SENTENCE WHILE IN STATE CUSTODY
Filed by DEFENDANT              on  7/17/2006        Doc.# 40
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated        _____ Joint Pldg.
  x    Unopposed         _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                             Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 31st day of July, 2006, that:*

*(a) The relief requested is* **DENIED.**

*(b)* _____

                                    *s/L.A. Collier*
                                    **LACEY A. COLLIER**
                                    *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.