**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:03cr30LAC

CALISTE ISIDORE HENRY

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __November 15, 2006__

Motion/Pleadings:__PLEA FOR LIBERAL CONSDIERATIONS - MOTION TO MAKE__
__FEDERAL SENTENCE CONCURRENT OR PARTIALLY CONCURRENT WITH STATE__
__SENTENCE, UPON A NUNC PRO TUNC DESIGNATION__

Filed by__DEFENDANT PRO SE__    on __10/30/2006__    Doc.# 42

RESPONSES:

__GOVERNMENT__    on __11/29/2006__    Doc.# 43

                  on              Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

                          WILLIAM M. McCOOL, CLERK OF COURT

                          *s/Mary Maloy*

_____                Deputy Clerk: Mary Maloy
LC (1 OR 2)

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of December, 2006, that:*

*(a) The relief requested is* ***DENIED.***

*(b)* _____

_____

_____

                          *s/L.A. Collier*

                          ***LACEY A. COLLIER***
                ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____

_____

                Document No.